BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Defendant
UNITED STATES

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL HAMILTON and DIANNE HAMILTON, Individually and as Successors, DAMGES FOR In Interest, ESTATE OF WILLIAM E. HAMILTON, Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  1:13-CV-01940 LJO-MJS<br><br>STIPULATION AND ORDER REGARDING SECOND AMENDED COMPLAINT AND SCHEDULING CONFERENCE |

    Plaintiffs Cecil Hamilton and Dianne Hamilton, individually, and as Successors, Damages for in Interest, Estate of William E. Hamilton, Decedent ("Plaintiffs"), and Defendant United States ("United States"), stipulate, by and through the undersigned counsel, to allow Plaintiffs file a Second Amended Complaint on or before August 11, 2014, and that the United States will have thirty (30) days from the filing of the Second Amended Complaint to file its response.  The parties also jointly request that the Court continue the Scheduling Conference currently set for August 7, 2014 at 10:30 a.m. to October 30, 2014, at 11 a.m.

    The parties base this stipulation on good cause, which includes the need for Plaintiffs to remove the Estate as a party to the action and clarify their allegations and then allow the sufficient time for the United States to review the allegations in the Second Amended Complaint and respond accordingly.

Because an operative pleading will not be on file at that date of the current Scheduling Conference, good cause exists for a brief continuance of the Scheduling Conference to October 30, 2014, at 11 a.m.

Dated: July 30, 2014         BENJAMIN B. WAGNER
                             United States Attorney

                         By: /s/ Alyson A. Berg
                             ALYSON A. BERG
                             Assistant United States Attorney
                             Attorney for Defendant UNITED STATES

Dated: July 30, 2014
                             Law Office of David C. Anderson

                         By:  /s/ David C. Anderson
                             DAVID C. ANDERSON
                             Attorney for Plaintiffs

### ORDER

For good cause showing, IT IS HEREBY ORERED that:

1. Plaintiffs shall file a Second Amended Complaint on or before August 11, 2014;

2. The United States shall have thirty (30) days from the filing of the Second Amended Complaint to file its response.

3. The Scheduling Conference currently set for August 7, 2014 at 10:30 a.m., shall be continued to October 30, 2014 at 11 a.m.

IT IS SO ORDERED.

Dated:  July 30, 2014            /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER          3