BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL HAMILTON and DIANNE HAMILTON, Individually and as Successors, DAMAGES FOR In Interest, ESTATE OF WILLIAM E. HAMILTON, Decedent,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendant. | Case No. 1:13-cv-01940 LJO-MJS<br><br>STIPULATION TO CHANGE SETTLEMENT CONFERENCE; ORDER |

　　　Plaintiffs Cecil Hamilton and Dianne Hamilton ("Plaintiffs"), and Defendant United States ("Defendant"), (collectively "the parties"), stipulate, by and through the undersigned counsel, to schedule a settlement conference with a magistrate judge.

　　　Per the Amended Scheduling Order, no settlement conference was originally scheduled.  The parties hereby stipulate that a settlement conference be heard before the Honorable Barbara A. McAuliffe on September 17, 2015 at 9:30 a.m.  The parties submit that good cause exists to use Magistrate Judge McAuliffe as the parties anticipate that if this matter does not settle at the settlement conference, they anticipate discovery issues which will then need to be heard by the Honorable Michael J. Seng, the Magistrate Judge assigned to this matter.  Out of an abundance of caution, the parties request the settlement conference be heard before the Honorable Barbara A. McAuliffe.

///

Accordingly, the parties stipulate and agree to the settlement conference being heard before the Honorable Barbara A. McAuliffe on September 17, 2015 at 9:30 a.m.

The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated:  August 5, 2015       BENJAMIN B. WAGNER
                             UNITED STATES ATTORNEY

                             /s/Alyson A. Berg
                             Alyson A. Berg
                             Assistant United States Attorney
                             Attorney for Defendant United States

Dated:  August 6, 2015

                             /s/ Audrey Siegel for David C. Anderson
                             David C. Anderson
                             Attorneys for Plaintiffs

ORDER

Having reviewed the stipulation submitted by the parties, the settlement conference will be heard before the Honorable Barbara A. McAuliffe on **September 17, 2015 at 9:30 a.m.**  The parties are advised that the Confidential Settlement Conference Statements are to be submitted to Judge McAuliffe one week prior to the settlement conference, or September 10, 2015.  They will be submitted via e-mail to bamorders@caed.uscourts.gov.  Confidential Settlement Conference Statements are not to be filed with the court.

IT IS SO ORDERED.

Dated:   **August 10, 2015**           /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE