# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL HAMILTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.  1:13-cv-01940-LJO-MJS<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

On September 17, 2015, the Court issued a minute order scheduling a settlement conference in this action on October 1, 2015 at 10:00 a.m. in Courtroom 6 (MJS) before United States Magistrate Judge Michael J. Seng.  (ECF No. 33.)  For the Court's convenience, this settlement conference is reset to September 29, 2015 at 9:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.  Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference.

The settlement conference statement requirements set forth in the September 17, 2015 minute order are vacated and replaced with the following:

**Confidential Settlement Conference Statement:**  At least five (5) court days prior to the Settlement Conference, the parties shall submit a Confidential Settlement Conference

1

Statement directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov. The statement should not be filed with the Clerk of the Court nor served on any other party, although the parties may file a Notice of Lodging of Settlement Conference Statement. Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

The Confidential Settlement Conference Statement shall include the following:

- A. A brief statement of the facts of the case.
- B. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
- C. A summary of the proceedings to date.
- D. An estimate of the cost and time to be expended for further discovery, pretrial and trial.
- E. The relief sought.
- F. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

Accordingly, it is HEREBY ORDERED that the settlement conference set on October 1, 2015 at 10:00 a.m. in Courtroom 6 (MJS) before United States Magistrate Judge Michael J. Seng is RESET for September 29, 2015 9:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone. Each party shall submit a Confidential Settlement Conference Statement at least five (5) court days prior to the settlement conference.

IT IS SO ORDERED.

Dated:   **September 18, 2015**

UNITED STATES MAGISTRATE JUDGE