# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL HAMILTON, et al., | Case No.  1:13-cv-01940-LJO-MJS PC |
| Plaintiffs, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN SIXTY DAYS |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Court conducted a settlement conference in this action on September 29, 2015, at which the parties reached a settlement agreement.  Funds to be distributed under the settlement agreement shall be distributed within sixty (60) days of the date of this order.  Dispositional documents shall be filed by the parties within sixty (60) days of the date of this order.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.  All pending matters and dates in this action are VACATED;

2.  Funds to be distributed pursuant to the settlement agreement shall be distributed within sixty (60) days from the date of service of this order; and

3.  The parties shall file dispositional documents within sixty (60) days from the date of service of this order

.

IT IS SO ORDERED.

Dated:  __September 29, 2015__

_____
UNITED STATES MAGISTRATE JUDGE