BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| CECIL HAMILTON and DIANNE HAMILTON, Individually and as Successors, DAMAGES FOR In Interest, ESTATE OF WILLIAM E. HAMILTON, Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:13-cv-01940 LJO-MJS<br><br>UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING DISMISSAL; ORDER |
|---|---|

Defendant United States hereby respectfully requests that the deadline for filing the dismissal in this action be extended until December 23, 2015, to allow additional time for the funding of the settlement.  Due to an inadvertent error in the funding information, that was not brought to counsel for the United States attention until last week, and which error has been fixed at this time, good cause exists to allow an additional thirty days for the filing of the dismissal.  Counsel for plaintiffs is aware of the error, that it has been corrected, and agrees to this brief extension of the deadline for filing the dismissal.

Respectfully submitted,

Dated:  November 23, 2015        BENJAMIN B. WAGNER
                                 UNITED STATES ATTORNEY

                                 /s/Alyson A. Berg
                                 Alyson A. Berg
                                 Assistant United States Attorney
                                 Attorney for Defendant United States

**ORDER**

For good cause demonstrated above, it is hereby ordered that the dismissal in this action be filed on or before December 23, 2015.

IT IS SO ORDERED.

Dated:   **November 23, 2015**

UNITED STATES MAGISTRATE JUDGE