**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CECIL HAMILTON and DIANNE HAMILTON, Individually and as Successors, DAMAGES FOR In Interest, ESTATE OF WILLIAM E. HAMILTON, Decedent, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:13-cv-01940 LJO-MJS  STIPULATION FOR DISMISSAL; ORDER |
| Plaintiffs, | | |
| v. | | |
| UNITED STATES OF AMERICA, | | |
| Defendant. | | |

Pursuant to the terms of a written Stipulation for Compromise as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice. Each party is to bear their/its own attorneys fees and costs.

IT IS SO STIPULATED

Respectfully submitted,

Dated:  December 9, 2015                BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY

                                        /s/Alyson A. Berg
                                        Alyson A. Berg
                                        Assistant United States Attorney
                                        Attorney for Defendant United States

Dated:  November 10, 2015

                                        /s/David C. Anderson
                                        David C. Anderson
                                        Attorneys for Plaintiffs

**ORDER**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

   Dated:  **December 11, 2015**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL; ORDER                                                1